392-15
393-15

# ELECTRONIC RECORD

COA # 11-13-00007-CR          OFFENSE: 1

**Breanna Spencer v.**

STYLE: **The State of Texas**     COUNTY: Brown

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 35th District Court

DATE: 3/05/15          Publish: Yes     TC CASE #:     CR21994

# IN THE COURT OF CRIMINAL APPEALS

**Breanna Spencer v.**

STYLE: **The State of Texas**          CCA #: PD-0392-15; 393-15

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

Refused          JUDGE: _____

June 3 DATE: ~~May 20,~~ 2015     SIGNED: _____     PC: _____

JUDGE: PC; Yeary J. would grant PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD